UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION,<br><br>  Defendant. | Civil Action No. 24-1925 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 9, 2024, Minute Order, the Parties conferred and respectfully submit the following status report on this Freedom of Information Act ("FOIA") case:

**The Status of Plaintiff's FOIA Requests**

Plaintiff submitted two FOIA requests to Defendant U.S. Food and Drug Administration ("FDA") on February 9, 2024. One request sought records of the FDA's Center for Tobacco Products ("CTP") Director Brian King relating to his "travel records," "requests for reimbursement for travel expenses," or "request for approval of outside activities" from July 1, 2022, until the date the search for records begins. ECF No. 1 at 3. The other FOIA request submitted on February 9, 2024, sought records of Dr. Matthew Farrelly, Director of the Office of Science at FDA's CTP, relating to his "full calendar," "travel records," "requests for reimbursement for travel expenses," or "request for approval of outside activities" from March 1, 2023, until the date the search for records begins. *Id.* at 3-4.

On February 23, 2024, Plaintiff submitted a FOIA request to FDA seeking records of Charlene Le Fauve, Senior Advisor for Health Equity at FDA's CTP, relating to her "full

calendar," "travel records," "requests for reimbursement of travel expenses," or "request for approval of outside activities" from May 22, 2023, until the date the search for records begins. *Id.* at 4.

On March 29, 2024, Plaintiff submitted a FOIA request to FDA seeking records related to the Director of CTP Brian King's attendance at "The Tenth Conference of the Parties." *Id.* at 5.

On September 18, 2024, counsel for FDA contacted counsel for Plaintiff via email seeking a list of search terms that Plaintiff wants FDA to use in its searches. On September 25, 2024, Plaintiff's counsel responded via email that Plaintiff is considering FDA's request. On September 27, 2024, Plaintiff's counsel stated that "plaintiff does not have any [search terms] to propose at this time." In light of Plaintiff's response, FDA is developing a list of search terms to be used to collect potentially responsive records. FDA estimates that once the search terms are finalized, it will take approximately eight weeks to collect the records and identify the number of potentially responsive pages for review.

### Proposed Briefing Schedule for Dispositive Motions

The parties propose that the question of whether summary judgment motions will be filed in this matter, and a proposed briefing schedule for any such motions, be deferred until after Plaintiff has reviewed FDA's productions and the parties have had an opportunity to meet and confer with respect to any issues Plaintiff may identify with respect to the productions.

### Other Pertinent Issues

The parties propose that they be ordered to file a further Joint Status Report on or before December 30, 2024, and every ninety days thereafter, until the production of documents is complete, at which point the parties will file a Joint Status Report with a proposal for further proceedings.

Dated: September 30, 2024

/s/ *Jeremiah L. Morgan*
JEREMIAH L. MORGAN
D.C. Bar #1012943
WILLIAM J. OLSON
D.C. Bar #233833
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-2485
Kaitlin.eckrote@usdoj.gov

*Counsel for the United States of America*