UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION,<br><br>Defendant. | Civil Action No. 24-1925 (TJK) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' Joint Status Report, it is hereby

ORDERED the parties shall file their next Joint Status Report on December 30, 2024, and every 90 days thereafter, with a proposal for further proceedings.

SO ORDERED:

_____                                     _____
Dated                                                                                            United States District Judge