UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION,<br><br>　　　　Defendant. | Civil Action No. 24-1925 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's April 8, 2025, Minute Order, the Parties conferred and respectfully submit the following status report for this Freedom of Information Act ("FOIA") case:

1.　Plaintiff submitted two FOIA requests to Defendant U.S. Food and Drug Administration ("FDA") on February 9, 2024. One request sought records of the FDA's Center for Tobacco Products ("CTP") Director Brian King relating to his "travel records," "requests for reimbursement for travel expenses," and "request for approval of outside activities" from July 1, 2022, until the date the search for records begins ("FOIA Request No. 2024-1486"). ECF No. 1 at 3. The other FOIA request submitted on February 9, 2024, sought records of Dr. Matthew Farrelly, Director of the Office of Science at FDA's CTP, relating to his "full calendar," "travel records," "requests for reimbursement for travel expenses," and "request for approval of outside activities" from March 1, 2023, until the date the search for records begins ("FOIA Request No. 2024-1487"). *Id.* at 3-4.

2.　On February 23, 2024, Plaintiff submitted a FOIA request to FDA seeking records of Charlene Le Fauve, Senior Advisor for Health Equity at FDA's CTP, relating to her "full

calendar," "travel records," "requests for reimbursement of travel expenses," and "request for approval of outside activities" from May 22, 2023, until the date the search for records begins ("FOIA Request No. 2024-2052"). *Id.* at 4.

3. On March 29, 2024, Plaintiff submitted a FOIA request to FDA seeking records related to the Director of CTP Brian King's attendance at "The Tenth Conference of the Parties" ("FOIA Request No. 2024-3006") *Id.* at 5.

4. With respect to FOIA Request No. 2024-1486, FDA has completed its search and identified approximately 700–800 pages of potentially responsive records.

5. With respect to FOIA Request No. 2024-1487, FDA has completed its search and identified approximately 850 pages of potentially responsive records.

6. With respect to FOIA Request No. 2024-2052, FDA has completed its search and identified 545 potentially responsive pages. FDA has reviewed all potentially responsive pages and produced all responsive, non-exempt information (consisting of 210 pages in full and 335 pages in part) to Plaintiff on March 31, 2025.

7. With respect to FOIA Request No. 2024-3006, FDA completed its search and identified 448 potentially responsive pages.

8. FDA anticipates the next production occurring on or before 7/31.

9. The parties respectfully request that they be ordered to file a further Joint Status Report on or before October 7, 2025, and every ninety days thereafter, until the production of responsive records is complete, at which point the parties will file a Joint Status Report with a proposal for further proceedings.

Dated: July 7, 2025                                             Respectfully submitted,

*/s/ Jeremiah L. Morgan*                                   JEANINE FERRIS PIRRO
JEREMIAH L. MORGAN                                    United States Attorney

D.C. Bar #1012943
WILLIAM J. OLSON
D.C. Bar #233833
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

By:  /s/ *Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-2485
Kaitlin.eckrote@usdoj.gov

*Counsel for the United States of America*